Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge.

BRICKEN, P. J. Affirmed.

---

(94 South. 926)

PARKER v. STATE. (6 Div. 19.) (Court of Appeals of Alabama. Dec. 19, 1922.) Appeal from Circuit Court, Jefferson County; Wm. E. Fort, Judge.

MERRITT, J. Appeal dismissed.

---

(95 South. 926)

PARKER v. STATE. (1 Div. 498.) (Court of Appeals of Alabama. April 17, 1923.) Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge.

FOSTER, J. Affirmed.

---

(95 South. 926)

PARTON v. STATE. (7 Div. 816.) (Court of Appeals of Alabama. Jan. 30, 1923.) Appeal from Circuit Court, Etowah County; Woodson J. Martin, Judge. O. B. Roper, of Gadsden, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Affirmed.

---

(98 South. 925)

Ella PEAT v. STATE. (6 Div. 259.) (Court of Appeals of Alabama. Jan. 15, 1924.) Appeal from Circuit Court, Jefferson County; Roger W. Snyder, Judge.

SAMFORD, J. Affirmed.

---

(95 South. 926)

PEOPLE'S TRUST & SAVINGS BANK OF GOODWATER v. OGBURN. (5 Div. 447.) (Court of Appeals of Alabama. April 10, 1923.) Appeal from Circuit Court, Coosa County; W. L. Longshore, Judge.

PER CURIAM. Appeal dismissed.

---

(98 South. 925)

Macy PHILLIPS v. STATE. (1 Div. 524.) (Court of Appeals of Alabama. Nov. 27, 1923.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Tisdale J. Touart, of Mobile, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Affirmed.

---

(98 South. 925)

Scott PHILLIPS v. STATE. (1 Div. 523.) (Court of Appeals of Alabama. Nov. 27, 1923.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge.

BRICKEN, P. J. Affirmed.

---

(98 South. 925)

C. W. PHILPOT v. C. C. PAYTON. (7 Div. 918.) (Court of Appeals of Alabama. Feb. 5, 1924.) Appeal from Circuit Court, Etowah County; O. A. Steele, Judge.

SAMFORD, J. Appeal dismissed.

---

(96 South. 942).

PITTS v. STATE. (8 Div. 30.) (Court of Appeals of Alabama. May 29, 1923.) Appeal from Morgan County Court; W. T. Lowe, Judge.

SAMFORD, J. Appeal dismissed.

---

(98 South. 925)

Earnest POWELL v. STATE. (6 Div. 207.) (Court of Appeals of Alabama. Dec. 18, 1923.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge.

FOSTER, J. Affirmed.

---

(95 South. 926)

PRESLEY v. STATE. (1 Div. 516.) (Court of Appeals of Alabama. April 10, 1923.) Appeal from Circuit Court, Clarke County; Ben D. Turner, Judge.

SAMFORD, J. Appeal dismissed.

---

(98 South. 925)

W. J. PUCKETT v. STATE. (1 Div. 514.) (Court of Appeals of Alabama. Nov. 20, 1923.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge.

SAMFORD, J. Affirmed on authority of Taylor v. State, 18 Ala. App. 485, 93 South. 215.

---

(94 South. 926)

RATLIFF v. STATE. (5 Div. 399.) (Court of Appeals of Alabama. Nov. 28, 1922.) Appeal from Circuit Court, Chilton County; B. K. McMorris, Judge.

SAMFORD, J. Appeal dismissed.

---

(96 South. 942)

REA v. STATE. (8 Div. 56.) (Court of Appeals of Alabama. May 29, 1923.) Appeal from Circuit Court, Morgan County; Osceola Kyle, Judge.

FOSTER. J. Appeal dismissed.

---

(98 South. 925)

Thos. J. REECE v. MOORE–HANDLEY HDW. CO. (6 Div. 181.) (Court of Appeals of Alabama. Jan. 22, 1924.) Appeal from Circuit Court, Jefferson County; C. B. Smith, Judge. Jas. E. Robinson, of Birmingham, for appellant. Arlie Barber, of Birmingham, for appellee.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

---

(99 South, 926)

Earl REESE v. STATE. (8 Div. 183.) (Court of Appeals of Alabama. Feb. 12, 1924.) Appeal from Circuit Court, Morgan County; James E. Horton, Jr., Judge. Grand larceny.

SAMFORD, J. There is no bill of exceptions, and no error on the record. The judgment is affirmed.

---

(95 South. 926)

REYNOLDS v. STATE. (8 Div. 997.) (Court of Appeals of Alabama. April 10, 1923.) Appeal from Circuit Court, Marshall